

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2015

No. 04-15-00630-CR

Troy Stanley **STAIR,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0709-CR-B
The Honorable William Old, Judge Presiding

# O R D E R

The reporter's record was due October 23, 2015. On October 26, 2015, the court reporter responsible for preparing the reporter's record for this appeal filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to request the record in writing.

It is therefore **ORDERED** that appellant provide written proof to this court on or before **November 23, 2015** that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than ten days after the date appellant's written proof is filed with this court.

The clerk of this court is **ordered** to serve a copy of this order on all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2015.



Keith E. Hottle
Clerk of Court